IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCDAVID OYEKWE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:21-cv-2282-N |
| | § | |
| RESEARCH NOW GROUP, INC. a/k/a | § | |
| RESEARCH NOW, INC. a/k/a | § | |
| DYNATA, SEYFARTH SHAW LLP, and | § | |
| BRACKETT & ELLIS CORP., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice as malicious under 28 U.S.C. § 1915(e)(2)(B)(i). And the Court WARNS Plaintiff that, should he continue to pursue frivolous or malicious lawsuits, this Court will bar him from proceeding either *in forma pauperis* or *pro se* in any action in this Court – whether filed here; filed in state court and removed to this Court; or filed in another federal court and transferred to this Court – unless he first obtains leave of the Court in writing.

SIGNED this 5th day of November, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE